UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KEVIN BANKS,

Plaintiff,

Case No. 3:23-cv-343

vs.

GREENE COUNTY, OHIO, *et al.*,

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

Defendants.

---

**ORDER: (1) SCHEDULING A JURY TRIAL FOR FEBRUARY 1, 2027 AT 9:30 A.M. IN COURTROOM 4; AND (2) SETTING A FINAL PRETRIAL CONFERENCE ON JANUARY 11, 2027 AT 2:00 P.M. IN COURTROOM 4**

---

The Court hereby **SCHEDULES** trial for **February 1, 2027 at 9:30 A.M. in Courtroom 4**. The Court has reserved one week on its trial calendar.[1] This date will not be changed unless there are extraordinary circumstances presented in a written motion. The Court also **SCHEDULES** a final pretrial conference for **January 11, 2027 at 2:00 P.M. in Courtroom 4.**

**IT IS SO ORDERED.**

August 17, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

---

[1] The Court will make every effort to keep its calendar free of other matters during this one-week period, although unpredictable emergencies, such as the filing of a motion for a temporary restraining order, can interfere with the trial schedule.